EXHIBIT A



# MEMO

**To:**        Shari Harding, Jail Manager, Technical Services Division

**From:**      Michael Braly, Deputy Chief, Technical Services Division

**Date:**      April 30, 2024

**Subject:**   Changes to Prisoner Arraignment and Prisoner Transport Process

In effort to improve the efficiency of the prisoner arraignment and prisoner transport functions in the jail, we are implementing the following changes:

1. Beginning May 1, 2024, the Irving Municipal Jail will facilitate a single arraignment session each day from 9:00AM to 11:30 AM. This includes weekends and holidays.
   a. All Class-C arrests will be arraigned by Irving Municipal Court Judges.
   b. Arrestees being held on Class-B or higher charges will not be arraigned by Irving Municipal Court Judges unless the arrestee has is also charged with a Class-C offense in addition to the county charge.
   c. Arrestees with Class-B or above charges will be transported to the Dallas County Jail as soon as practical after the Transfer Warrant (Pink Warrant) has been reviewed and signed by the judge. The Jail Manager will be notified if an arrestee on a Class-B or above charge has not been transported to Dallas County Jail (or otherwise been seen by magistrate) within 36 hours. If the transfer has not occurred within 48 hours, the TSD Deputy Chief will be notified.
   d. Jail staff in conjunction with Municipal Court staff will determine who will be included in the arraignments.
2. Arraignments - Special Situations
   a. Arrestees being housed solely on Courtesy Holds for other agencies (including Immigration and Federal Marshalls) will not be brought before the magistrate.
   b. The jail staff will continue to provide for Arraignments that must be conducted in-cell due to Arrestee behavioral issues or other safety concerns.
   c. If an arrestee with a medical issue or a behavioral issue is being held on a combination of Class-C and Class-B or above charges, then with the approval of the Jail Manager the class-c charges can be filed at-large (or class-c warrants re-activated) to expedite the transfer process.
3. Transfer Warrants
   a. IPD Records Section will attempt to have all Transfer Warrants completed by 1PM, Monday through Friday for pickup by the Legal Liaison.  The Legal Liaison will

      present these Transfer Warrants to the Judges for their signature by 1:30PM, Monday through Friday.

b. Records will notify the Jail Supervisor of the Warrant Status via email for all persons in custody. The notification will include reason(s) that the transfer warrant is not complete.

c. Any Transfer Warrant completed after 1PM or on the weekend will be collected from IPD Records by the on-duty Jail Personnel. Jail Staff will arrange for an on-duty Patrol Officer to present the warrants to a magistrate for signature.

4. Prisoner Transport

a. Every effort will be made to have prisoners transported by the DCSO Transport unit.

b. In instances that DCSO refuses to transport a prisoner, the reason for the refusal will be documented for a quarterly review by the Jail Manager and TSD DC. Recommendations will be made to the Chief based upon the quarterly review.

c. When a DCSO transport is not available, the Irving Jail Personnel will perform the prisoner transport to the county.  The transport will be conducted by two Detention Officers, or one Detention Officer and one Police Officer.

5. If there are heightened safety concerns due to a prisoner's behavior or history, then the Jail Supervisor will request assistance from the on-duty Watch Commander in providing a police officer to escort the transport van to the county jail sally port.

Please refer any questions to me.